IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SALVADOR SEGOVIA, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | Case No. 4:25-CV-00115 |
| J.C. ALL SEASONS MARKET, INC., ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, SALVADOR SEGOVIA, JR. and Defendant, J.C. ALL SEASONS MARKET, INC., by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the dismissal of Defendant and this entire Action with prejudice. Each party to bear their own fees and costs.

Respectfully submitted this 1st day of May 2025.

        Law Offices of
        THE SCHAPIRO LAW GROUP, P.L.

        /s/ *Douglas S. Schapiro*
        Douglas S. Schapiro, Esq.
        Southern District of Texas ID No. 3182479
        The Schapiro Law Group, P.L.
        7301-A W. Palmetto Park Rd., #100A
        Boca Raton, FL 33433
        Tel: (561) 807-7388
        Email: schapiro@schapirolawgroup.com

        Attorney for Plaintiff

/s  Nolan Klein_____
Nolan Klein, Esq.
State Bar No. 3736373
*Attorney for Defendant*
Law Offices of Nolan Klein, P.A.
5550 Glades Road, Suite 500
Boca Raton, FL  33431
Tel:  954-745-0588
Email:  klein@nklegal.com
amy@nklegal.com

Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of May 2025, we electronically filed the forgoing with the Clerk of the Court by using the CM/ECF system.

/s/  Douglas S. Schapiro
Douglas S. Schapiro
Southern District of Texas ID No. 3182479